IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL SOTO, ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| vs ) | NO. 10-260-SCW |
| ) | |
| OLUKUNLE OBADINA, GREGORY ) | |
| SCHWARTZ and CRISEY FENTON, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

A writ was issued for Plaintiff to appear via video conference from the Pinckneyville Correctional Center on November 7, 2012 for hearing on Defendant's Motion to Amend the Scheduling Order (Doc. 39).   The Court was then notified by the Pinckneyville Correctional Center, that Plaintiff had been released from the Illinois Department of Corrections and was currently being held at the Immigration Detention Center, 1930 Beach Avenue, Broadview, IL 60155.

On November 16, 2012, Defendant Crisey Fenton filed a Motion to Compel and the matter was set for hearing on November 29, 2012.   A Notice of the hearing was sent to Plaintiff at the Immigration Detention Center.   Plaintiff failed to appear at the hearing and the notice of hearing was returned  by Immigration Detention Center as "Return to Sender, Attempted-Not Known, Unable to Forward."

Defendant Crisey Fenton orally moved to dismiss this matter for failure of Plaintiff to prosecute (Doc. 52).

**IT IS THEREFORE ORDERED** that Defendant's Oral Motion to Dismiss (Doc. 52) is **GRANTED.**

This case is dismissed with prejudice.

The Clerk of Court shall enter judgment accordingly.

**Dated this 4th  day of January,  2013.**

*s/Stephen C. Williams*
**STEPHEN C. WILLIAMS**
**U.S. MAGISTRATE JUDGE**