IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL SOTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 10-260-SCW |
| | ) |
| OLUKUNLE OBADINA, GREGORY SCHWARTS and CRISEY FENTON, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **GREGORY SCHWART** was dismissed by an Order entered by Judge Michael J. Reagan on October 18, 2010 (Doc. 7).

Defendant **OLUKUNLE OBADINA** was dismissed by an Order entered by Judge Michael J. Reagan on July 13, 2011 (Doc. 26).

Defendant **CRISEY FENTON** was dismissed by an Order entered by Magistrate Judge Stephen C. Williams on January 3, 2013 (Doc. 53).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **OLUKUNLE OBADINA, GREGORY SCHWARTZ** and **CRISEY FENTON** and against plaintiff **RAFAEL SOTO**.

Plaintiff shall take nothing from this action.

**DATED**: January 3, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
Deputy Clerk

**Approved by:   s/Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**